JOHN M. BURKHARD, Respondent, *v.* JAMES BABCOCK, Appellant.

(Submitted October 29, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 2, 1890, which modified and affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at an equity term.

*J. & Q. Van Voorhis* for appellant.

*Josiah Sullivan* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.